# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jennifer Tanner, | : |
| | : |
| | : Civil Action No.: 1:17-cv-12210-DJC |
| Plaintiff, | : |
| v. | : |
| | : |
| Credit Collection Services; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Jennifer Tanner | Credit Collection Services |
|---|---|
| /s/ Sergei Lemberg | /s/ Charity A. Olson |
| Sergei Lemberg, Esq. | Charity A. Olson, Esq. |
| BBO No.: 650671 | Olson Law Group |
| LEMBERG LAW, LLC | 2723 S. State St., Suite 150 |
| 43 Danbury Road, 3rd Floor | Ann Arbor, MI 48104 |
| Wilton, CT  06897 | (734) 222-5179 |
| (203) 653-2250 | Attorney for Defendant |
| Attorney for Plaintiff | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 3, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                        Sergei Lemberg